# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

| | |
|---|---|
| IN RE: DANIELLE BOYCE, § <br> Debtor. § <br> § <br> § | CASE NO.: 4:20-bk-13683 <br> CHAPTER 13 |

## ORDER WITHDRAWING MOTION FOR RELIEF FROM STAY

Comes now the Motion for Relief from the Automatic Stay ("Motion") filed on 2/12/2021 (Docket No. 31) by First Guaranty Mortgage Corporation, its assignees and/or successors, by and through its servicing agent Rushmore Loan Management Services, LLC., a secured creditor and party in interest, hereinafter called "Creditor," by and through its attorneys, McCarthy & Holthus, LLP, the Court being well and sufficiently advised, finds and orders as follows:

1. Creditor hereby withdraws its Motion without prejudice, so that the Court takes no further action thereon.

**IT IS SO ORDERED**.

Phyllis M. Jones
United States Bankruptcy Judge
Dated: Mar 24, 2021

APPROVED AS TO FORM:

McCarthy & Holthus, LLP
202 North Walton Blvd., Suite 14
Bentonville, Arkansas  72712
(479) 360-9856

By:     /s/ Teaven Stamatis
        Teaven Stamatis
        Attorney for Movant