*McCarthy & Holthus, LLP*
LaDawna Fleckenstein SBN AR-2014039
MHTbankruptcy@mccarthyholthus.com
*202 North Walton Blvd., Suite 14, Bentonville, AR 72712*
*Phone: (214) 291-3800*
*Fax:(214) 291-3801*
*ATTORNEYS FOR CREDITOR*
*AR-20-22549*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

| | | |
|---|---|---|
| IN RE: § | | |
| DANIELLE BOYCE AKA § | | CASE NO.: 20-13683 |
| DANIELLE WILLIAMS § | | |
|    DEBTOR § | | CHAPTER 13 |
| § | | |

## NOTICE OF MORTGAGE FORBEARANCE

COMES NOW Creditor First Guaranty Mortgage Corporation by and through its servicing agent Rushmore Loan Management Services, LLC ("Creditor"), by and through its undersigned counsel, and hereby provides notice of the Debtor's request for mortgage payment forbearance due to the adverse financial impact caused by the COVID-19 pandemic. Such forbearance is a temporary postponement of payments concerning the Debtor's loan ending in number 6485, which is secured by the real property commonly known as 209 Suncrest Street, Bryant, AR 72022 (the "Mortgage Loan").

Pursuant to the Debtor's request, payments due under the Mortgage Loan are temporarily postponed for a period of **6** months which covers the payments due on **5/01/2021** through **10/01/2021** (the "Forbearance Period"). During this Forbearance Period, all terms and provisions of the Mortgage Loan, other than as to the payments identified herein, remain in full force and effect unless otherwise adjusted by the Bankruptcy Court or through an effective loan modification.

This forbearance temporarily suspends the date in which the payments must be paid and does not forgive any indebtedness. Debtor shall resume payments under the Mortgage Loan beginning **11/01/2021** and will be required to cure the delinquency created by the forbearance period (the

"Forbearance Arrears"). Creditor has retained undersigned counsel to assist with the said forbearance. The Debtor shall file a statement or motion seeking to temporarily reduce plan payments or place a moratorium on plan payments as is required by the Bankruptcy Court. This Notice does not amend or modify the Debtor's plan of reorganization to address the forbearance or a cure of the Forbearance Arrears and does not relieve the Debtor of the responsibility to do so to the extent required.

**DATED** 8/12/2021

Respectfully Submitted,

MCCARTHY & HOLTHUS, LLP

*/s/ LaDawna Fleckenstein*
LaDawna Fleckenstein SBN AR-2014039
MHTbankruptcy@mccarthyholthus.com
202 North Walton Blvd., Suite 14, Bentonville, AR 72712
Phone: (214) 291-3800
Fax:(214) 291-3801
Atty File No.: AR-20-22549
ATTORNEYS FOR CREDITOR

## **CERTIFICATE OF SERVICE**

**I DO HEREBY CERTIFY** that a true and correct copy of the foregoing Notice of Mortgage Forbearance was served on the parties listed below by the United States Mail, first class postage prepaid or electronically via CM/ECF on 8/13/2021:

By First Class Mail Postage Prepaid:

DEBTOR(S)
Danielle Boyce
209 Suncrest Street
Bryant, AR 72022

By CM/ECF:

COUNSEL FOR DEBTOR(S)
Mickey Lynn Stevens
American Bankruptcy Associates PLLC.
Attn: Skelton & Stevens Legal Group PLLC.
2615 N. Prickett Road Suite 2
Bryant, AR 72022

TRUSTEE
Jack W. Gooding
P.O. Box 8202
Little Rock, AR 72221

U.S. TRUSTEE
200 W Capitol, Ste. 1200
Little Rock, AR 72201

All Parties Requesting Notice Via CM/ECF System

McCarthy & Holthus, LLP

 /s/ LaDawna Fleckenstein
LaDawna Fleckenstein
Atty file no.: AR-20-22549