Form mddadd

# UNITED STATES BANKRUPTCY COURT

Eastern District of Arkansas

In Re:	Danielle Boyce
	Debtor

Case No.: 4:20–bk–13683
Chapter: 13
Judge: Phyllis M. Jones

## MEMORANDUM OF DOCUMENT DEFICIENCY

TO: Mickey Stevens	Pleading Number: 52

The following deficiency was found in your recent filing. Failure to cure this deficiency could result in the dismissal of this case, the pleading being stricken, or an order to show cause hearing set.

**Incorrect Court Address in Notice of Opportunity to Object:** Please file a corrected notice within 48 hours, using the correct address, **300 W Second Street, Little Rock, AR 72201** or **35 E Mountain St., Room 316, Fayetteville, AR 72701.**

Dated: 7/7/22

Linda McCormack, Clerk
By: Tanya Wilkins
Deputy Clerk