# Notice Recipients

District/Off: 0860–4 | User: admin | Date Created: 7/7/2022
Case: 4:20–bk–13683 | Form ID: mddadd | Total: 2

**Recipients of Notice of Electronic Filing:**
ust    U.S. Trustee (ust)    USTPRegion13.LR.ECF@usdoj.gov
aty    Mickey Lynn Stevens    skeltonandstevens@outlook.com

TOTAL: 2