IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

RE: Danielle Boyce
CASE NO: 4:20-bk-13683 J                                                                                 Chapter 13

**TRUSTEE'S MOTION TO DISMISS
FOR FAILURE TO MAKE PLAN PAYMENTS
AND NOTICE OF HEARING**

Jack W Gooding, Trustee, for this Motion to Dismiss for Failure to Make Plan Payments and Notice of Hearing, states:

1. The chapter 13 plan requires the Debtor to pay the Trustee as follows:

01/01/2021        $705.00   Monthly       ( Source:  DANIELLE BOYCE  $705.00  MONTHLY )

2. The Debtor is in material default with respect to the terms of the plan pursuant to 11 U.S.C. § 1307. Payments by or for the Debtor to the Trustee have not been made as proposed.

3. The Debtor's case should be dismissed pursuant to 11 U.S.C. § 1307(c)(1),(4) and (6) as applicable.

WHEREFORE, the Trustee prays that Debtor's case be dismissed and for all other just, proper and equitable relief.

/s/   Jack W Gooding

Jack W Gooding
STANDING CHAPTER 13 TRUSTEE
P O Box 8202
Little Rock, AR 72221
(501) 537-4400

**NOTICE OF HEARING TO THE DEBTOR AND DEBTOR'S ATTORNEY**

You are hereby notified that a hearing on the Trustee's Motion to Dismiss for Failure to Make Plan Payments will be held on:

02/28/2023  at   9:30 am

U.S. Bankruptcy Court
300 W. 2nd
Little Rock, AR 72201

If you contest the Trustee's Motion to Dismiss for Failure to Make Plan Payments, you should: (1) appear at the hearing; and (2) file a written response to the Motion and serve it upon the Trustee at the address listed in this Motion no later than two days before the date set for the hearing.

Date:  01/05/2023

/s/  Linda McCormack

Linda McCormack
U.S. Bankruptcy Court Clerk

cc:   Danielle Boyce
      209 Suncrest Street
      Bryant, AR  72022

      Skelton And Stevens Law Group Pllc - Electronic Notification via ECF