| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Danielle Boyce a/k/a Danielle Williams |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Eastern District of Arkansas |
| Case number | 4:20-bk-13683 |

Official Form 410C13-NR
# Response to Trustee's Notice of Disbursements Made    12/25

**The claim holder must respond to the Trustee's Notice of Payments Made within 28 days after it was served. Rule 3002.1(g)(3).**

## Part 1: Mortgage Information

**Name of Creditor:** Fay Servicing, LLC

**Court claim no.** (if known): 13

**Last 4 digits** of any number you use to identify the debtor account: XXXXXX2533

**Property address:**
209 Suncrest St,
Number    Street

Bryant, AR 72022
City    State    Zip Code

## Part 2: Arrearages

The Total amount received to cure any arrearages as of the date of this response: $0.00.

*Check all that apply:*

☒ The amount required to cure any prepetition arrearage has been paid in full.

☐ The amount required to cure the prepetition arrearage has not been paid in full. Amount of prepetition arrearage remaining unpaid as of the date of this notice: $_____.

☒ The amount required to cure any postpetition arrearage has been paid in full.

☐ The amount required to cure the postpetition arrearage has not been paid in full. Amount of postpetition arrearage remaining unpaid as of the date of this notice: $_____.

| | | |
|---|---|---|
| Debtor 1 | Danielle Boyce | Case Number *(if known)* 4:20-bk-13683 |

## Part 3: Postpetition Payments

(a) *Check all that apply:*

☐ The debtor is current on all postpetition payments, including all fees, charges, expenses, escrow, and costs.

☒ The debtor is not current on all postpetition payments. The claim holder assets that the debtor is obligated for the postpetition payment(s) that first became due on: 01/01/2026.

☒ The debtor has fees, charges, expenses, negative escrow amounts, or costs due and owing.

(b) The claim holder attaches a payoff statement and provides the following information as of the date of this response:

  i. Date last payment was received on the mortgage: 02/04/2026

  ii. Date next postpetition payment from the debtor is due: 01/01/2026

  iii. Amount of the next postpetition payment that is due: $2,135.25

  iv. Unpaid principal balance of the loan: $217,620.58

  v. Additional amounts due for any deferred or accrued interest: $2,087.34

  vi. Balance of the escrow account: $4,266.01

  vii. Balance of unapplied funds or funds held in a suspense account: $1,773.20

  viii. Total amount of fees, charges, expenses, negative escrow amounts, or costs remaining unpaid: $940.00 (Notice filed 03/11/2021)

## Part 4: Itemized Payment History

If the claim holder disagrees that the prepetition arrearage has been paid in full, states that the debtor is not current on all postpetition payments, or states that fees, charges, expenses, escrow, and costs are due and owing, it must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all prepetition and postpetition payments received;
- the application of all payments received;
- all fees, costs, escrow, and expenses that the claim holder assets are recoverable against the debtor or the debtor's principal residence; and
- all amounts the claim holder contends remain unpaid.

| Debtor 1 | Danielle Boyce | Case Number *(if known)* | 4:20-bk-13683 |
|---|---|---|---|

## Part 5: Sign Here

**The person completing this Notice must sign it. Check the appropriate box:**

*Check the appropriate box:*

☐ I am the creditor.

☒ I am the claim holder's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

*/s/ Heather Martin-Herron*   Date  2/17/2026
Signature

| Print: | Kate Lachowsky-Khan, Heather Martin-Herron, & Joel W. Giddens | Title | Attorneys |
|---|---|---|---|
| Company | Foundation Legal Group, LLP | | |
| Address | 400 West Capitol Ave. Suite 1400 Little Rock, AR 72201 | | |
| Contact phone | (866) 501-9462 | Email | kate.lachowsky \| heather.martin-herron \| joel.giddens@thefoundationlegalgroup.com |

### CERTIFICATE OF SERVICE

On  February 17, 2026 , a copy of the foregoing Response was served electronically through the electronic case filing system (ECF) upon:

Mickey Lynn Stevens  (ECF)
Attorney at Law
2615 N. Prickett Rd., Ste. 2
Bryant, AR 72022

Jack W. Gooding  (ECF)
Trustee
P.O. Box 8202
Little Rock, AR 72221-8202

and served via U.S. mail upon:

Danielle Boyce
Debtor
209 Suncrest Street
Bryant, AR 72022

*/s/ Heather Martin-Herron*
Heather Martin-Herron (2011136)
Kathryn Lachowsky-Khan (2012039)
Joel W. Giddens (2018203)

FLG No. 365414

| | | | | |
|---|---|---|---|---|
| Payoff Quote Figures as of | 2/16/2026 | | | |
| Filed By | Danielle Boyce | **Chapter Filed** | 13 | **Loan #** |
| | | **Bankruptcy Filing Date** | 9/24/2020 | |
| District | Eastern District of Arkansas | | | |
| Beneficiary (Action in the Name of) | Fay Servicing, LLC | | | |

| Payoff Figures as of: 2/16/26 | | | Delinquent Contractual Payments | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | Date Due | Date Due | Amount Due (P&I and Escrow) | Principal & Interest | Escrow | Number of Months | Total Due |
| Unpaid Balance | $ | 217,620.58 | | | | | | | $ - |
| Interest Amount | $ | 2,087.34 | | | | | | | $ - |
| Interest Rate | | 4.62500% | | | | | | | |
| Per Diem | | 27.45 | | | | | | | |
| Escrow Advance | $ | - | | | | | | | |
| Corporate Advance | $ | 940.00 | | | | | | | |
| PRO Rata MIP/PMI | $ | 151.66 | | | | | | | |
| NSF | $ | - | | | | | | | |
| Total Suspense* | $ | (1,773.20) | | | | | | | |
| *Includes all Pre-Petition and Post - Petition Suspense | | | | | | | | | |
| **TOTAL** | $ | 219,026.38 | | | | | | | |
| | | | | | | | | Fees and Costs | |
| | | | | | | | | Escrow Advances | |
| | | | | | | | | Corporate Advances | |
| | | | | | | | | Late Fees/NSF | |
| | | | | | | | | Suspense | |
| | | | | | | | | TOTAL DUE | |

| Delinquent Post Petition Payments | | | | | | |
|---|---|---|---|---|---|---|
| Date Due | Date Due | Amount Due (P&I and Escrow) | Principal & Interest | Escrow | Number of Months | Total Due |
| | | | | | | $ - |
| | | | | | | $ - |
| | | | | | | $ - |
| | | | | | | $ - |
| | | | | | | $ - |
| | | | | | | Fees and Costs | |
| | | | | | Suspense | $ - |
| | TOTAL | | | | TOTAL DUE | $ - |

Fill in this information to identify the case:

Debtor 1: Danielle Boyce aka Danielle Williams

Debtor 2 (Spouse, if filing):

United States Bankruptcy Court for the: EASTERN DISTRICT OF ARKANSAS (State)

Case number: 20-13683

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges    12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

Name of creditor: First Guaranty Mortgage Corporation, by and through its servicing agent Rushmore Loan Management Services, LLC

Court claim no. (if known): 13

Last 4 digits of any number you use to identify the debtor's account: 6485

Does this notice supplement a prior notice of postpetition fees, expenses, and charges?

☒ No
☐ Yes. Date of the last notice:

**Part 4: Itemize Postpetition Fees, Expenses, and Charges**

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| | Description | Dates Incurred | | Amount |
|---|---|---|---|---|
| 1. | Late charges | | (1) | $ |
| 2. | Non-sufficient funds (NSF) fees | | (2) | $ |
| 3. | Attorney's fees | | (3) | $ |
| 4. | Filing fees and court costs | | (4) | $ |
| 5. | Bankruptcy/Proof of claim fees | 12/08/2020 | (5) | $ 425.00 |
| 6. | Appraisal/Broker's price opinion fees | | (6) | $ |
| 7. | Property inspection fees | 12/28/2020, 01/22/2021 | (7) | $ 40.00 |
| 8. | Tax advances (non-escrow) | | (8) | $ |
| 9. | Insurance advances (non-escrow) | | (9) | $ |
| 10. | Property preservation expenses. Specify: | | (10) | $ |
| 11. | Other. Specify: POC 410A | 12/08/2020 | (11) | $ 250.00 |
| 12. | Other. Specify: Plan Review | 10/23/2020 | (12) | $ 225.00 |
| 13. | Other. Specify: | | (13) | $ |
| 14. | Other. Specify: | | (14) | $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

| Debtor 1 | Danielle Boyce aka Danielle Williams | | Case number (if known) | 20-13683 |
|---|---|---|---|---|
| | First Name  Middle Name  Last Name | | | |

| Part 4: | Sign Here |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

X /s/ Teaven Stamatis
Signature

Date  3/11/2021

**Print:** Teaven Stamatis
First Name  Middle Name  Last Name

Title  Attorney for Creditor

Company  McCarthy & Holthus LLP

Address  202 North Walton Blvd., Suite 14
Number  Street
Bentonville, AR 72712
City State ZIP Code

Contact phone  214-291-3800

Email  MHTbankruptcy@McCarthyHolthus.com

## CERTIFICATE OF SERVICE

**I DO HEREBY CERTIFY** that a true and correct copy of the foregoing Notice of Postpetition Mortgage Fees, Expenses and Charges was served on the parties listed below by the United States Mail, first class postage prepaid or electronically via CM/ECF on 3/11/2021:

By First Class Mail Postage Prepaid:

Danielle Boyce
209 Suncrest Street
Bryant, AR 72022

By CM/ECF:

COUNSEL FOR DEBTOR(S)
Mickey Lynn Stevens
American Bankruptcy Associates PLLC.
Attn: Skelton & Stevens Legal Group PLLC.
2615 N. Prickett Road Suite 2
Bryant, AR 72022

TRUSTEE
Jack W. Gooding
P.O. Box 8202
Little Rock, AR 72221

U.S. TRUSTEE
200 W Capitol, Ste. 1200
Little Rock, AR 72201

ALL PARTIES REQUESTING NOTICE if designated for electronic service

McCarthy & Holthus, LLP

*/s/ Teaven Stamatis*
Teaven Stamatis
Atty file no.: AR-20-22549

BK Filed date: 9/24/20  
Debtor name: BOYCE  
Fay Servicing, LLC  
Post Petition Payment Ledger

| Pmt Due/Comments | Amt Due | Date Received | Amt Rec'd | Pmt Satisified | To/From Suspense | Suspense Balance |
|---|---|---|---|---|---|---|
| Begin Suspense | | | | | $ - | $ - |
| | $1,880.13 | 10/30/2020 | $1,880.13 | 10/1/2020 | $ - | $ - |
| | $1,880.13 | 3/5/2021 | $9,400.65 | 11/1/2020 | $ 7,520.52 | $ 7,520.52 |
| | $1,880.13 | | | 12/1/2020 | $ (1,880.13) | $ 5,640.39 |
| | $1,880.13 | | | 1/1/2021 | $ (1,880.13) | $ 3,760.26 |
| | $1,880.13 | | | 2/1/2021 | $ (1,880.13) | $ 1,880.13 |
| | $1,880.13 | | | 3/1/2021 | $ (1,880.13) | $ - |
| | $1,880.13 | 4/16/2021 | $1,880.13 | 4/1/2021 | $ - | $ - |
| | $1,880.13 | 4/28/2021 | $1,880.13 | 5/1/2021 | $ - | $ - |
| | $1,880.13 | 6/25/2021 | $1,880.13 | 6/1/2021 | $ - | $ - |
| | $1,880.13 | 1/21/2022 | $1,911.55 | 7/1/2021 | $ 31.42 | $ 31.42 |
| | $1,911.55 | 2/21/2022 | $1,911.55 | 8/1/2021 | $ - | $ 31.42 |
| | $1,911.55 | 3/11/2022 | $1,911.55 | 9/1/2021 | $ - | $ 31.42 |
| | $1,911.55 | 4/15/2022 | $1,911.55 | 10/1/2021 | $ - | $ 31.42 |
| | $1,911.55 | 5/16/2022 | $1,911.55 | 11/1/2021 | $ - | $ 31.42 |
| | | 7/1/2022 | $1,200.00 | | $ 1,200.00 | $ 1,231.42 |
| | $1,911.55 | 7/22/2022 | $720.00 | 12/1/2021 | $ (1,191.55) | $ 39.87 |
| | | 8/2/2022 | $1,100.00 | | $ 1,100.00 | $ 1,139.87 |
| | $1,911.55 | 8/31/2022 | $1,500.00 | 1/1/2022 | $ (411.55) | $ 728.32 |
| | $1,911.55 | 9/9/2022 | $2,000.00 | 2/1/2022 | $ 88.45 | $ 816.77 |
| | $1,911.55 | 9/21/2022 | $11,437.88 | 3/1/2022 | $ 9,526.33 | $ 10,343.10 |
| | $1,911.55 | | | 4/1/2022 | $ (1,911.55) | $ 8,431.55 |
| | $1,911.55 | | | 5/1/2022 | $ (1,911.55) | $ 6,520.00 |
| | $1,911.55 | | | 6/1/2022 | $ (1,911.55) | $ 4,608.45 |
| | $1,911.55 | | | 7/1/2022 | $ (1,911.55) | $ 2,696.90 |
| | $1,942.26 | | | 8/1/2022 | $ (1,942.26) | $ 754.64 |
| | $1,942.26 | 10/21/2022 | $2,000.00 | 9/1/2022 | $ 57.74 | $ 812.38 |
| | | 11/23/2022 | $1,100.00 | | $ 1,100.00 | $ 1,912.38 |
| | $1,942.26 | 11/30/2022 | $1,942.26 | 10/1/2022 | $ - | $ 1,912.38 |
| | $1,942.26 | 12/29/2022 | $1,540.00 | 11/1/2022 | $ (402.26) | $ 1,510.12 |
| | $1,942.26 | 1/31/2023 | $1,550.49 | 12/1/2022 | $ (391.77) | $ 1,118.35 |
| | $1,942.26 | 2/27/2023 | $1,942.26 | 1/1/2023 | $ - | $ 1,118.35 |
| | $1,942.26 | 3/24/2023 | $4,000.00 | 2/1/2023 | $ 2,057.74 | $ 3,176.09 |
| | $1,942.26 | | | 3/1/2023 | $ (1,942.26) | $ 1,233.83 |
| | $1,942.26 | 4/26/2023 | $1,542.26 | 4/1/2023 | $ (400.00) | $ 833.83 |
| | | 5/18/2023 | $400.00 | | $ 400.00 | $ 1,233.83 |
| | $1,942.26 | 6/29/2023 | $2,050.69 | 5/1/2023 | $ 108.43 | $ 1,342.26 |
| | $1,942.26 | 8/1/2023 | $600.00 | 6/1/2023 | $ (1,342.26) | $ - |
| | $1,942.26 | 9/14/2023 | $3,884.52 | 7/1/2023 | $ 1,942.26 | $ 1,942.26 |
| | $1,980.95 | 9/21/2023 | $1,942.26 | 8/1/2023 | $ (38.69) | $ 1,903.57 |
| | $1,980.95 | 10/18/2023 | $1,980.95 | 9/1/2023 | $ - | $ 1,903.57 |
| | $1,980.95 | 11/28/2023 | $1,980.95 | 10/1/2023 | $ - | $ 1,903.57 |
| | $1,980.95 | 12/27/2023 | $1,980.95 | 11/1/2023 | $ - | $ 1,903.57 |
| | $1,980.95 | 1/24/2024 | $1,980.95 | 12/1/2023 | $ - | $ 1,903.57 |
| | $1,980.95 | 2/28/2024 | $1,200.00 | 1/1/2024 | $ (780.95) | $ 1,122.62 |

BK Filed date: 9/24/20 — Fay Servicing, LLC
Debtor name: BOYCE — Post Petition Payment Ledger

|  |  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|
|  | $1,980.95 | 3/21/2024 | $2,800.00 | 2/1/2024 | $ | 819.05 | $ | 1,941.67 |
|  | $1,980.95 | 4/18/2024 | $1,980.95 | 3/1/2024 | $ | - | $ | 1,941.67 |
|  | $1,980.95 | 5/15/2024 | $1,980.95 | 4/1/2024 | $ | - | $ | 1,941.67 |
|  | $1,980.95 | 6/12/2024 | $1,980.95 | 5/1/2024 | $ | - | $ | 1,941.67 |
|  | $1,980.95 | 7/25/2024 | $1,980.95 | 6/1/2024 | $ | - | $ | 1,941.67 |
|  | $1,980.95 | 9/19/2024 | $6,400.00 | 7/1/2024 | $ | 4,419.05 | $ | 6,360.72 |
|  | $2,163.14 | 9/24/2024 |  | 8/1/2024 | $ | (2,163.14) | $ | 4,197.58 |
|  | $2,163.14 | 9/24/2024 |  | 9/1/2024 | $ | (2,163.14) | $ | 2,034.44 |
|  |  | 10/3/2024 | $51.32 |  | $ | 51.32 | $ | 2,085.76 |
|  | $2,163.14 | 11/15/2024 | $2,163.14 | 10/1/2024 | $ | - | $ | 2,085.76 |
|  | $2,163.14 | 12/26/2024 | $2,163.14 | 11/1/2024 | $ | - | $ | 2,085.76 |
|  | $2,163.14 | 1/28/2025 | $2,163.14 | 12/1/2024 | $ | - | $ | 2,085.76 |
|  | $2,163.14 | 2/27/2025 | $1,262.00 | 1/1/2025 | $ | (901.14) | $ | 1,184.62 |
|  | $2,163.14 | 3/19/2025 | $3,263.00 | 2/1/2025 | $ | 1,099.86 | $ | 2,284.48 |
|  | $2,163.14 | 3/21/2025 |  | 3/1/2025 | $ | (2,163.14) | $ | 121.34 |
|  | $2,163.14 | 4/2/2025 | $2,163.14 | 4/1/2025 | $ | - | $ | 121.34 |
|  | $2,163.14 | 5/1/2025 | $2,163.14 | 5/1/2025 | $ | - | $ | 121.34 |
|  |  | 6/25/2025 | $1,965.00 |  | $ | 1,965.00 | $ | 2,086.34 |
|  | $2,163.14 | 7/23/2025 | $2,163.14 | 6/1/2025 | $ | - | $ | 2,086.34 |
|  | $2,163.14 | 9/3/2025 | $2,001.75 | 7/1/2025 | $ | (161.39) | $ | 1,924.95 |
|  | $2,001.75 | 9/17/2025 | $2,135.25 | 8/1/2025 | $ | 133.50 | $ | 2,058.45 |
|  | $2,135.25 | 10/29/2025 | $2,135.25 | 9/1/2025 | $ | - | $ | 2,058.45 |
|  | $2,135.25 | 11/26/2025 | $2,135.25 | 10/1/2025 | $ | - | $ | 2,058.45 |
|  | $2,135.25 | 12/24/2025 | $2,135.25 | 11/1/2025 | $ | - | $ | 2,058.45 |
|  | $2,135.25 | 2/4/2026 | $1,850.00 | 12/1/2025 | $ | (285.25) | $ | 1,773.20 |
| 1/1/2026 | $2,135.25 |  |  |  | $ | (2,135.25) | $ | (362.05) |
| 2/1/2026 | $2,135.25 |  |  |  | $ | (2,135.25) | $ | (2,497.30) |
| PPFN 3/11/21 | $940.00 |  |  |  | $ | (940.00) | $ | (3,437.30) |