IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

RE:  Danielle Boyce
CASE NO:   4:20-bk-13683 J                                                                                          Chapter 13

## TRUSTEE'S MOTION TO DISMISS

COMES now Jack W Gooding, Trustee, and for his Motion to Dismiss the above styled case, states:

1. That the above styled Chapter 13 petition was filed on September 24, 2020 and was confirmed on 1/27/2021.

2. Fay Servicing, LLC filed a response to the Trustee's Notice of Disbursements Made stating that there remains an outstanding balance due of $940.00 representing post-petition fees, costs or charges associated with the filing of a Notice of Postpetition Mortgage Fees, Expenses and Charges filed March 11, 2021. Based on this response the debtors are not contractually current on the mortgage. The debtors' confirmed plan proposed to pay the mortgage outside the supervision and control of the Trustee rendering it impossible for the Trustee to have any knowledge regarding the payments made to the mortgage company. Based on the response filed by the mortgage company, it appears the debtors have not completed the terms of their confirmed plan.

3. That for the above reasons the plan is no longer feasible.

WHEREFORE, your petitioner prays for an Order dismissing this case without prejudice to the Debtor's right to file a new Chapter 13 plan in the future and for all other just and proper relief.

Date:  02/18/2026                                                       /s/  Jack W Gooding
                                                                                     Jack W Gooding
                                                                              CHAPTER 13 TRUSTEE

## CERTIFICATE OF SERVICE

I, Jack W Gooding, do hereby certify that a true and correct copy has been mailed this day, 2/18/2026, with sufficient postage to assure delivery to the following:

Danielle Boyce
209 Suncrest Street
Bryant, AR  72022

Skelton And Stevens Law Group Pllc - Electronically
by ECF

                                                /s/  Jack W Gooding
                                                  Jack W Gooding
                                              CHAPTER 13 TRUSTEE